1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY ALTAMIRANO SERMENO,              No.  2:23-cv-02739 KJM AC PS

12                   Plaintiff,

13           v.                               ORDER

14    BUTTE COUNTY PROBATION
      DEPARTMENT,
15
                     Defendant.
16

17

18          On November 22, 2023, plaintiff filed a complaint and a motion to proceed in forma

19    pauperis ("IFP").  ECF Nos. 1 and 2.  On January 31, 2024, the undersigned granted the motion to

20    proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, per

21    the screening process required by the IFP statute.  ECF No. 3.  Plaintiff did not file an amended

22    complaint.

23          Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in

24    writing, within 14 days, why her failure to file an amended complaint should not result in a

25    recommendation that this case be dismissed for failure to prosecute.  The filing of an amended

26    complaint within this timeframe will serve as cause and will discharge this order.  If plaintiff fails

27    ////

28    ////

                                        1

1  to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

2       IT IS SO ORDERED.

3  DATED: March 7, 2024

4

5  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28